IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02238-BNB

TRACY WILLIAMSON,

    Plaintiff,

v.

"OFFICER" JORDAN,
"OFFICER" ARMBURST,
"OFFICER" KEENAN, and
"DENVER SHERIFF DEPARTMENT,"

    Defendants.

## ORDER OF DISMISSAL

On October 17, 2007, Plaintiff Tracy Williamson submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. At the time Plaintiff initiated the instant action, he was detained at the Denver County Jail in Denver, Colorado.

On October 24, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Williamson to file a certified copy of his trust fund account statement. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

The October 24, 2007, Order was returned to the Court, on November 1, 2007, marked "RTS" and "Returned to Sender Unable to Forward." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of

Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Magistrate Judge Boland, however, entered an order on December 12, 2007, noting that Plaintiff had provided a second address on the Prisoner Complaint form and instructing the Clerk of the Court to resend the October 24, 2007, Order to Plaintiff at the second address. Plaintiff was granted an additional thirty days from the date of the December 12, 2007, Order to comply with the October 24, 2007, Order.

Nonetheless, Mr. Williamson now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 31 day of Jan., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02238-BNB

Tracy Williamson
PO Box 300459
Denver, CO 80203-0459

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk